**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOSE FERNANDEZ,

               Plaintiff,

               -against-

WALMART INC., et al.,

               Defendants.

------------------------------------------------------------x

24-CV-4561 (JGLC) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      It has come to the Court's attention that the parties have filed confidential settlement materials on the docket at ECF Nos. 31 and 32. Accordingly, the Clerk of Court is respectfully directed to **SEAL** ECF Nos. 31 and 32 for the Court and attorneys' eyes only.

      **SO ORDERED.**

Dated: September 16, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge